UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LAVERNE ROSE, | No. 2:12-cv-3028-EFB P |
| Petitioner, | |
| v. | ORDER |
| R.E. BARNES, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner commenced this action by filing a petition for writ of habeas corpus on December 17, 2012. ECF No. 1. The petition raises seven claims for relief. *Id.* On May 30, 2013, respondent addressed the merits of those claims in a responsive pleading. ECF No. 14. Petitioner then filed a "motion to stay" in order to "exhaust unexhausted claims" without specifying which of his claims he believes are unexhausted. ECF No. 15. Because he has not provided sufficient information concerning the claims he wishes to exhaust, the court cannot determine any basis for issuing a stay, and the motion is denied without prejudice. Petitioner also requested to attach a letter from a San Joaquin County deputy public defender to his petition. ECF No. 16. That request is denied as unnecessary, as respondent made the letter a part of the record through Lodged Document No. 9, and discussed the letter in the responsive pleading. *See* ECF No. 14 at 27; ECF No. 17.

Accordingly, IT IS HEREBY ORDERED that petitioner's requests (ECF Nos. 15, 16) are denied.

Dated: December 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE